541 S.E.2d 241

**Patsy STONE, Petitioner,**

v.

**Hugh K. LEATHERMAN and Florence County Election Commission, Respondents.**

Supreme Court of South Carolina.

Jan. 9, 2001.

## ORDER

The South Carolina Election Commission upheld the denial of petitioner's protest of the election result in her race against respondent Hugh K. Leatherman for a Senate seat. Petitioner has filed a Notice of Appeal from the order of the Election Commission with both this Court and the Senate. Respondents move to dismiss the appeal and request costs.

Article III, § 11 of the South Carolina Constitution provides that the Senate has the authority to judge the

election returns and qualifications of its own members. Pursuant to S.C.Code Ann. § 7–17–250 (1976), all appeals from protests concerning elections of Senate members are to the Senate itself. Petitioner argues, however, that both Article III, § 11 and § 7–17–250 conflict with § 7–17–270 (Supp.2000), which provides that all appeals from the Commission shall be to the Supreme Court on writ of certiorari. Since the constitutional provision and § 7–17–250 are specific rules concerning elections of members of the General Assembly, these provisions are not superseded by the more general § 7–17–270. *Spartanburg County Dep't of Soc. Serv. v. Little,* 309 S.C. 122, 420 S.E.2d 499 (1992). Accordingly, this Court does not have jurisdiction over this matter. *Scott v. Thornton,* 234 S.C. 19, 106 S.E.2d 446 (1959); *Andersen v. Blackwell,* 168 S.C. 137, 167 S.E. 30 (1932). The motions to dismiss are, therefore, granted.

Pursuant to Rule 222(b), SCACR, respondents are awarded attorney's fees in the amount of $500.

IT IS SO ORDERED.

/s/ Jean H. Toal, C.J.

/s/ James E. Moore, J.

/s/ John H. Waller, Jr., J.

/s/ E.C. Burnett, III, J.

PLEICONES, J., not participating.